### Nina Thomasson and Gwynn Garnett for use of Harry S. Mecartney, Appellants, v. City of Chicago, Appellee.

### Gen. No. 16,878.

APPEALS AND ERRORS—*former appeal*. Where a case comes before court of review the second time and questions involved are the same, the former decision is binding and the judgment is affirmed.

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in this court at the October term, 1910. Affirmed. Opinion filed January 27, 1913.

OLIVER & MECARTNEY and ENOCH J. PRICE, for appellants.

GEORGE A. MASON and EDGAR R. HART, for appellee; EDWARD J. BRUNDAGE, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This case was before this court on a former appeal and the opinion therein is reported in 150 Ill. App. 281. The situation is the same as that in Mecartney v. City of Chicago, *ante,* 23, in which an opinion is this day filed. The questions involved were decided on said former appeal against the appellant, and the law there announced is the law of the case on this appeal, and the judgment is therefore affirmed.

*Affirmed.*